IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN C. OAKES, | ) |
| Plaintiff, | ) No. _____ |
| v. | ) Judge _____ |
| CITY OF CHICAGO, | ) FILED: MARCH 30, 2009 |
| Defendants. | ) 09CV1947 |
| | ) JUDGE COAR |
| | ) MAGISTRATE JUDGE ASHMAN |
| | CH |

**COMPLAINT**
**(Age Discrimination in Employment Act)**

Plaintiff, Brian C. Oakes, by and through his attorneys, The Law Offices of Edward T. Stein, seeks redress for violations of his civil rights. This case is brought for relief pursuant to the Age Discrimination in Employment Act of 1967 ("ADEA") 29, U.S.C. § 621, *et seq.* Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff requests a trial by jury.

**Jurisdiction**

1.  Jurisdiction of this Court is provided by 29 U.S.C. § 626, 28 U.S.C. § 1331 and 28 U.S.C. 1343.

2.  On or about December 6, 2008, Plaintiff filed a charge of age discrimination with the Equal Employment Opportunity Commission ("EEOC") (#440-2009-01456). A copy of the charge is attached hereto as Exhibit A. The EEOC received this charge on December 11, 2008.

3.  Pursuant to 29 U.S.C. § 626(d), an action under the ADEA may be commenced 60 days after filing a charge with the EEOC alleging unlawful discrimination. This period has been completed as of February 9, 2009.

1

4. Venue is proper in this judicial district because the Defendant resides in this district, and all of the events giving rise to Plaintiff's claims occurred in this district.

## Facts

5. Plaintiff Brian C. Oakes, (hereinafter "Plaintiff") is a 56-year-old man (DOB: 6-25-1952).

6. In or about May, 2008, Plaintiff applied for a position with the Defendant City of Chicago as Director of Police Records, Job No. 135651.

7. Plaintiff has approximately 30 years of law enforcement experience and approximately 20 years of supervisory experience.

8. Plaintiff was never interviewed for the position.

9. The position was filled by a man who was much younger and significantly less qualified than the Plaintiff.

10. The Defendant City of Chicago did not hire Plaintiff to the position because of Plaintiff's age.

11. As a result thereof, Plaintiff has suffered damages in lost wages, benefits, and the opportunity for gainful employment with Defendant.

WHEREFORE. Plaintiff prays for:

    a. an order compelling the employment of Plaintiff in the position of Director of Police Records for the City of Chicago, pursuant to the ADEA, 29 U.S.C. § 626(b);

    b. an order awarding Plaintiff liquidated damages as appropriate under the ADEA, 29 U.S.C. § 626(b);

c. an order awarding Plaintiff interest in the amount and at a rate to be determined at the time of trial pursuant to 28 U.S.C. § 1961;

d. an order awarding Plaintiff all attorneys' fees, expert witness fees, and costs of this action pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d), and 29 U.S.C. § 626(b); and

e. an order awarding Plaintiff such other and further relief as this Court deems fit.

Respectfully Submitted,

Edward T. Stein

Date: March 30, 2009
Edward T. Stein
LAW OFFICES OF EDWARD T. STEIN
200 S. Michigan, Suite 1240
Chicago, IL 60604
(312) 786-0200
ATTORNEY FOR PLAINTIFF

3

# Exhibit A

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy act statement before Completing this form. | ☐ FEPA<br>☒ EEOC | 440-2009-01456 |

State or local Agency, if any

| NAME (Indicate Mr., Ms., Mrs.) Mr. Brian C. Oakes | | HOME TELEPHONE (Include Area Code) 773.268.2311 |
|---|---|---|
| STREET ADDRESS 3543A South Parnell Av | CITY, STATE AND ZIP CODE Chicago, Illinois 60609 | DATE OF BIRTH 6/25/52 |

| NAME City of Chicago | | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include Area Code) |
|---|---|---|---|
| STREET ADDRESS 121 North LaSalle St. | CITY, STATE AND ZIP CODE Chicago, IL 60602 | | COUNTY Cook |
| NAME | | | TELEPHONE (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box (es))

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER

DATE DISCRIMINATION TOOK PLACE
EARLIEST (ADEA/EPA): 5/2008   LATEST (ALL): 8/2008
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s))

I am currently 56 years old. In or about May 2008, I applied for the position of Director of Police Records, Job No. 135651, for the City of Chicago. I subsequently learned that the position was filled and went to a much younger white male. Although I am much better qualified than the person who got the job, I was never even interviewed. I have about 30 years of law enforcement experience and approximately 20 years of supervisory experience. I received my Bachelor's Degree in 2000. My major was Law Enforcement Management. I received my Master's Degree in Business Administration in 2002.

The City of Chicago did not interview me for the position. The person who was hired has significantly less experience than I. The City of Chicago's failure to interview, consider or hire me for the position was a violation of the Age Discrimination in Employment Act of 1967 ("ADEA") 29 U.S.C. Section 621, et seq.

[X] I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone Number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

SIGNATURE OF COMPLAINANT: Brian C. Oakes
DATE: 06 DEC 08

EEOC FORM 5 (5/98)