IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIAN C. OAKES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 09 C 1947 |
| | ) | |
| v. | ) | Judge Coar |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT LIST

Exhibit A        Complaint

Exhibit B        Affidavit of Diane Jeffrey

Exhibit C        IDHR Charge No. 440-2009-01456

Exhibit D        Affidavit of Theodore O'Keefe

Exhibit E        Affidavit of Marvin Shear

Exhibit F        Excerpts from the Deposition of Plaintiff, Brian Oakes