# United States District Court
## Northern District of Illinois
### Eastern Division

Brian C. Oakes                     **JUDGMENT IN A CIVIL CASE**

      v.                                   Case Number: 09 C 1947

City of Chicago

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant, City of Chicago's motion for summary judgment is granted.

                                                 Michael W. Dobbins, Clerk of Court

Date: 12/22/2009                           _____
                                                 /s/ Sonya Banks, Deputy Clerk